```
1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ALETHEA M. SARGENT (CABN 288222)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6474
7       FAX: (415) 436-7234
        alethea.sargent@usdoj.gov
8
   Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 21-CR-199 CRB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE AND TO |
| | ) EXCLUDE TIME FROM JUNE 3, 2022, TO JUNE |
| v. | ) 17, 2022, AND [PROPOSED] ORDER |
| | ) |
| RUBEN ANTONIO GAONA-CORNEJO, | ) |
| | ) |
| Defendant. | ) |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant RUBEN ANTONIO GAONA-CORNEJO, that the case be continued to June 17, 2022, and that time be excluded under the Speedy Trial Act from June 3, 2022 (the date to which the Court had previously excluded time per May 6, 2022, court order), through June 17, 2022.

On May 13, 2021, the Grand Jury returned a one-count Indictment charging the defendant with one count of Illegal Reentry Following Removal by an Aggravated Felon, pursuant to Title 8, Sections 1326(a) and (b)(2). Since that time, the government produced discovery, and the government and counsel for the defendant have been discussing potential resolutions. On May 6, 2022, the parties appeared before the Court for a potential change of plea, but counsel for the defendant requested that the case be continued an additional month to June 3, 2022.

STIPULATION TO CONTINUE AND TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 21-cr-199                                                                v. 7/10/2018

On June 1, 2022, defense counsel informed the government that he is in trial and will still be in trial on June 3, 2022. Due to his unavailability, defense counsel requested a short continuance, to a date on or after June 17, 2022, and the government agreed. Therefore, it is hereby stipulated by and between counsel for the United States and counsel for the defendant RUBEN ANTONIO GAONA-CORNEJO that the Court continue this matter to June 17, 2022, or as soon thereafter as the Court can hear the matter, and that time be excluded under the Speedy Trial Act from June 3, 2022, through June 17, 2022, or the date on which the Court sets the matter, so that defense counsel can continue to prepare, including by reviewing the discovery already produced.

For this reason, the parties stipulate and agree that excluding time until June 17, 2022, or the date on which the Court sets the matter, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from June 3, 2022, through June 17, 2022, or the date on which the Court sets the matter, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: 6/2/22

/s/
ALETHEA M. SARGENT
Assistant United States Attorney

DATED: 6/2/22

ERICK GUZMAN
Counsel for Defendant Ruben Gaona-Cornejo

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on June 2, 2022, and for good cause shown, the Court finds that this matter should be continued to June 17, 2022, and further finds that failing to exclude the time from June 3, 2022, through June 17, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from June 3, 2022, to June 17, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the matter be continued to June 17, 2022, and that time from June 3, 2022, through June 17, 2022, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: June 2, 2022

CHARLES BREYER
United States District Judge